Rev. 6/03



## UNITED STATES DISTRICT COURT

### FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
**Pro se [Non-prisoner] Complaint Form**

Jon'ta Hampton-Bey, In Propria Persona ,            )
[Moorish Science Temple of America (1928)]          )
(Your Name)                                         )
       **Plaintiff,**            )
                                  )
                                  )
       **v.**                       )     Civil Action No. **19CV9**_____
                                  )     (to be assigned by the Clerk)
CONCORD POLICE DEPARTMENT, GARY GACEK              )
_____                    )
_____                    )
_____                    )
                                  )
       **Defendant(s).**            )

## COMPLAINT

I.  **JURISDICTION**

240 Other Civil Rights, 18 U.S.C. 241-242, Deprivation Of Rights Under Color Of Law, 18 U.S.C. 3231, Constitutional violations on the Freedom Of Movement Right To Travel for the Republic as indicated in the Declaration of Independence and the Articles of Confederation, false pretense 4th Amendment violations.

II.  **PARTIES**

A.  **Plaintiff**

    Name of Plaintiff:    Jon'ta Tomorreea Hampton-Bey

    Address:    C/o: 672 Faith Drive SW AA222141

        Concord North Carolina Republic 28027]

B.  Defendant(s)  (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

    Name of Defendant:  CONCORD POLICE DEPARTMENT

    Current Address:    41 Cabarrus Avenue West

        Concord, North Carolina 28025

C.   Additional Defendants (please provide the same information for each defendant as listed in Item B above):


GARY GACEK

41 Cabbarus West Ave
Concord North Carolina 28025


"Citation made in false pretense attached as Exhibit B."


III.   STATEMENT OF CLAIM
(State here as briefly as possible the **FACTS** of your case.  Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights.  Include relevant times, dates, and places.  Also, you must state the basis for federal jurisdiction.  In other words, why should the case be in federal court as opposed to state court.  **DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES.**  Number and set forth each separate claim in a separate paragraph.)  (Attach extra sheets if necessary.)

On 12.29.2018 at approximately 11:41 PM while traveling in my private conveyance of The Moorish American People/Moorish American Government with said Government issued plate on the public roads I was stopped by a officer (PORM DORSEY) of the Concord Police Department who asked me for my North Carolina ID or Driver's license and when I presented my Legal Documents as described in the Real ID Card Act and my Moorish American Government Nationality and Identification Card of my Nation's state identified as The Moorish Science Temple of America/The Moorish American Divine and National Movement of The World he refused to accept the legal Documents issued under The Great Seal of The State of North Carolina indicating my correct legal status and Identification and proceeded to demand a North Carolina ID or Driver's license and when I tried to explain to him my due process rights in regard to the legal effect of my legal Documents from both the County clerk of superior court and the Government Building for Torrens titles, he refused to acknowledge the public law of the North Carolina state law in regard to these legal Documents baring the Great Seal of the State of North Carolina [of the Republic] so to prevent any further misconduct after he called for backup falsely identifying me as a sovereign citizen in which I then presented my North Carolina Driver's license reserved by Religious Protest and Affidavit as recorded in the North Carolina DMV County level, I then stated that I was not driving I am traveling in my Nation's state conveyance which is my private property not for hire and he accepted the State issued license and after going through Religious, Educational and Legal Documents from my Nation's state in which I also provided the Deeds to further evidence my claims in regard to my rights reserved and protected by the Constitution and Laws of the Federal Government, he presented an AKNOWLEDGEMENT AND/OR RECEIPT FOR SURRENDER OF NORTH CAROLINA LICENSE/REGISTRATION PLATE and stated that the North Carolina Driver's licenses were revoked by the North Carolina DMV and that is the reason for the form and said that he was taking the license and not the plate and he then issued a citation stating that eventhough he respects

my position he also has a job to do, the citation issued with the ID No. 458G752 falsely states race as (1). BLACK, [Correction the alleged defendant is a Moorish American National], (2). Name of Defendant: HAMPTON-BEY, JON'TA TOMORREEA, [Correction the alleged defendant has a title annexation Bey and my name is Jon'ta Hampton-Bey, the names Bey and El are titles of The Moorish Science Temple of America, a lawfully chartered and incorporated organization pursuant to the Religious Corporation Act of 1872 and covered by copyright and Registration] (3). Fictitious tag in which I object see North Carolina Titles Application, private property not for hire dose China have to register their Government issued plate here in North America?
(4). Unlawful issues of citations made in false pretense in violation of the 4th Amendment. [see, TA25660: dismissed with prejudice pursuant to Rule 12 (b)(1) for lack of jurisdiction in regards to constitutional rights of the Federal Government to which the claims should have been brought before the federal government and in which they should be redressed on those constitutional matters] As the Plaintiff States here, that he believes in good faith, that these actions are intentional because they have been addressed in the past as enlisted here to and that these actions are in violation of the constitution and laws of the United States (Republic) for which it stands and to which it is protected. I hold the facts to the claims herein. Note: Plaintiff's Nation's state plate was not taken therefrom.

## III.     STATEMENT OF CLAIM - continued.

These actions were made in false  pretense by a person holding legal duties and obligations to uphold and to support the Federal Government and who while doing  so committed these acts while acting under the color of State law, infringing on the rights of another person [in an attempt to create a breach of contract] in his individual capacity in honor of his Nation's state substantive rights, tenets, culture, laws, usages and customs as provided in the Federal Government's Full Faith and Credit Clause and the laws of contract, these are rights protected by the Constitution and laws of the United states. The right to Travel is protected by the Full Faith and Credit Clause pursuant to contract laws, as it is part of the rights to liberty and the pursuit of happiness and the right to be properly identified as one's  own Nation's state is also a Federally protected right as well. Further proof although it is not required by my Nation's state I have attached as Exhibit D the Certificate of Insurance [in commerce]. issued for Government Employees by GEICO.

IV.    RELIEF

State briefly and exactly what relief you want from this court.

Wherefore petitioner asks the court to grant the following relief(s): (1). Grant nominal damages in the places as the court sees fit for the amount as described by the courts; (2). Grant a declaratory judgment in regard to Plaintiff's tenets that are held in trust; injunctive relief to refute any further or future irreparable injury or injuries as the court sees fit, in the light most favorable to the plaintiff; (3). Punitive damages against each defendant jointly and severely as the court sees just and fit in the positions as determined being liberally construed; (4). And any further relief the court sees fit in favor of the Plaintiff [such as assign and or transfer the case to the appropriate venue, to better address and or redress of grievance as to the subject matter] hereinafter known as: Jon'ta Tomorreea Hampton-Bey, Trust Corpus, Fiduciary, Beneficiary and Trustee of the said Vast-Estate. The Plaintiff further demands trial by jury if ever necessary, that proper summons be issued and or amended in the appropriate manners. [The annexed summons herewith is Notice given to the alleged defendant(s)]

Signed this _____31_____ day of _____December_____, 20_18_.

_____
Signature of plaintiff

C/o: 672 Faith Drive SW AA222141
_____
Address

Concord North Carolina Republic 28027]
_____

704.935.6005
_____
Telephone number

Public Notice: Conspiracy to deprive any
person of his rights protected by their
Constitution of the Republic and to cause
one to be subject to the color of any law,
ordinance, rule and or regulations etc. is a
violation of Sections 241-242 of Title 18 of
the United States Code.

# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA



# PRO SE GUIDE AND FORMS

## August 2016

# Table of Contents

Introduction ................................................................................................................4

  A.   Who This Guide is Designed to Assist ....................................................4

  B.   How This Guide May Help .......................................................................4

  C.   Limitations on the Guide .........................................................................4

    1.   Employees of the Clerk's Office can do the following ............................4

    2.   Employees of the Clerk's Office cannot do any of the following .............4

  D.   A Word of Caution ...................................................................................2

  E.   Resource Guide ........................................................................................2

    1.   Clerk's Office Address .............................................................................2

    2.   Clerk's Office Website .............................................................................2

    3.   Clerk's Office Telephone Number ...........................................................3

    4.   Clerk's Office Business Hours .................................................................3

    5.   Legal Resource Materials .......................................................................3

  F.   Bringing Your Lawsuit: Initial Steps in a Civil Case ..............................3

  G.   Filing a Complaint in Federal Court: The Basics ...................................4

  H.   Sections in the Pro Se Civil Complaint Form .........................................5

    1.   Case Caption ...........................................................................................5

    2.   Jurisdiction .............................................................................................5

    4.   Previous Lawsuits ..................................................................................5

    5.   Statement of Claim ................................................................................5

    6.   Request for Relief ..................................................................................6

    7.   Jury Demand: ..........................................................................................6

    8.   Signature/Date/Address/Telephone Number .........................................6

  I.   Declaration under Penalty of Perjury .....................................................6

  J.   Protection of Personal Identifying Information ......................................6

  K.   Payment of Fees ......................................................................................7

  L.   Request for Waiver of Filing Costs .........................................................7

  M.   Civil Cover Sheet ....................................................................................7

  N.   How to Notify the Party You are Suing: Use of a Summons ...................9

  O.   Filling Out a Summons: Helpful Hints ..................................................10

P.    Serving the Summons and Complaint: Service of Process ........................................ 12

Q.    Return of Service ...................................................................................... 13

R.    Waiver of Service ..................................................................................... 14

S.    Checklist for Proper Summons Process .................................................. 14

T.    Pro Se (Non Prisoner) Authorization Form to Receive Documents Electronically .. 15

U.    Frequently Asked Questions for Pro Se Filing ....................................... 17

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda vs. Arizona, 384 US 436, 491.

"Since a sale of personal property is not required to be evidenced by any written Instrument in order to be valid, it has been held in North Carolina that there may be a transfer of title to an automobile without complying with the registration statute which requires a transfer and delivery of a certificate of title." N.C. Law Review Vol. 32, Page 545, Carolina Discount Corp. v. Landis Motor Co., 190 N.C. 157.

"The following shall be exempt from the requirements of Registration and the certificate of title: 1. Any such vehicle driven or moved upon the highway in conformance with the provisions of this Article relating to manufacturers, dealers, or nonresidents." 2. Any such vehicle which is driven or moved upon a highway only for the purpose of crossing such highway from one property to another.

"Driving is a privilege and the Right to Travel is a right protected by the Constitution and laws of the United States Federal Government."

"There can be no sanctions or penalty imposed upon one because his exercise of Constitutional rights." Snerer vs. Cullen, 481 F. 946.

"Streets and Highways are established and maintained for the purpose of travel and transportation by the public. Such travel may be for business or pleasure, it is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived." Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am.Jur. (1st) Highways Sect. 163.

# Introduction

## A. Who This Guide is Designed to Assist

This guide is intended to provide basic information to a person who wants to file a civil case in the United States District Court for the Middle District ("the Middle District") of North Carolina without an attorney. This guide is not intended for prisoner litigation.

## B. How This Guide May Help

A person who represents herself or himself in a lawsuit is often referred to as a pro se party or pro se litigant. This guide provides procedural information on the initial basic steps in a civil case and identifies more specific legal resources you can consult to assist in your legal representation. In addition, the guide contains sample forms with notations and blank forms you can use as appendixes.

## C. Limitations on the Guide

This guide does not answer all your potential questions or cover all the procedures you need to follow to file a case. This guide does not contain legal advice and does not substitute for an attorney. Court staff can only answer general questions about procedures or refer you to our website (www.ncmd.uscourts.gov). The website has links for the Federal Rules of Civil Procedure, the Local Rules and other information so you can conduct your own research and make your own decisions. Court staff is not allowed to fill out any forms for you or to show you how to fill out a document. If you are required to file copies of documents, they can make copies for you, but must charge the proscribed page rate, which is currently $.50 per page. More importantly, the Clerk's Office staff cannot give legal advice.

1. **Employees of the Clerk's Office can do the following**
   a) Provide basic instructions on how to execute a task (e.g., number of copies, sample forms, etc.);
   b) Provide information where Court's policies can be found; and
   c) Provide information that can be found on a case docket.

2. **Employees of the Clerk's Office cannot do any of the following**
   a) Make recommendations on legal actions or suggest ways to aid in your case;
   b) Advise or predict how a judge may decide an issue or case;
   c) Explain the meaning of a judicial order or advise you how to respond;

    d)      Interpret a law or rule(s);

    e)      Calculate deadlines; or

    f)      Perform legal research for you.

## D.    A Word of Caution

The legal rules and procedures in a federal case may be complex and difficult to understand.  It is strongly recommended that you seek the professional assistance of an attorney to represent you in federal court.  If you decide to represent yourself, you are responsible for interpreting and adhering to the Federal Rules of Civil Procedure, Local Rules and all applicable laws.  The Court generally expects you to follow the rules and laws even if you are not an attorney.

Self-representation carries certain responsibilities and risks.  The Court urges you to carefully review those risks and their potential consequences.  Some of the risks involved include but are not limited to:

1.      Missing deadlines;

2.      Failure to object or move;

3.      Failing to present all evidence;

4.      Failing to identify legal issues on both sides of case;

5.      Presenting arguments in a convincing fashion; and

6.      Failing to research all applicable rules and laws.

Remember, although you can represent yourself, you cannot represent another person or a company.

**Warning:**  Federal Rule of Civil Procedure 11 prohibits the filing of law suits that are clearly frivolous or filed merely to harass someone.  If, after reviewing your complaint, the Court determines that you have filed a lawsuit for an improper or clearly unnecessary purpose, it may impose sanctions against you, including ordering you to pay a fine to the Court or pay the legal fees of the person or company you sue.

## E.    Resource Guide

### 1.    Clerk's Office Address

**Clerk of Court**
**U.S. District Court**
**324 W. Market Street**
**Greensboro, NC 27401-2544**

### 2.    Clerk's Office Website

**www.ncmd.uscourts.gov**

2

3. **Clerk's Office Telephone Number**

   **336.332.6000**

4. **Clerk's Office Business Hours**

   **Monday through Friday, 8:00 am through 5:00 pm**

5. **Legal Resource Materials**

Below are articles on the internet that may be beneficial to you in determining whether to pursue a lawsuit in state court or federal court, explaining how the federal court system works and where to find the Federal Rules of Civil Procedure, the Local Rules and the United States Code which govern lawsuits in Federal Court.

- Cases in Federal and State Court
  (http://www.uscourts.gov/educational-resources/get-informed/federal-court-basics/cases-federal-state-courts.aspx)
- Inside the Federal Courts
  (http://www.fjc.gov/federal/courts.nsf)
- How Cases Move Through Federal Courts
  (http://www.fjc.gov/federal/courts.nsf/autoframe?OpenForm&nav=5menu4&page=/federal/courts.nsf/page/5074A7FC2DA7043E852568270078DCB1?opendocument)
- Understanding the Federal Courts
  (http://www.uscourts.gov/educational-resources/get-informed/federal-court-basics/understanding-federal-courts.aspx)
- Federal Rules of Civil Procedure
  (http://www.uscourts.gov/uscourts/rules/civil-procedure.pdf)
- Local Civil Rules
  (http://www.ncmd.uscourts.gov/sites/default/files/CIV_LR.pdf)
- United States Code
  (http://www.law.cornell.edu/uscode/text)

**F.    Bringing Your Lawsuit: Initial Steps in a Civil Case**

If you decide to bring a lawsuit, there are certain steps you must follow and certain criteria you must meet. The filing party must have proper standing (legal interest to sue), the court must have jurisdiction (authority to hear the matter), and time frames (deadlines) etc. must be met. Be advised that persons who are involved in law suits must follow strict guidelines and procedures or their cases may be dismissed. Here are the basic steps in filing a civil action in federal court:

1. Complaint filed;
2. Civil Cover sheet filed;
3. Filing fee paid or waived by the Court; and
4. Summons issued and served.

3

Each of these steps is discussed below in detail. You must comply with the filing requirements of each step. Generally, self-represented persons are held to the same standards of professional responsibility as licensed attorneys. It is your responsibility to become familiar with and comply with the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the Middle District of North Carolina. These can be viewed at www.ncmd.uscourts.gov.

## G. Filing a Complaint in Federal Court: The Basics

All suits in federal court begin with the filing of a complaint. The complaint explains the reason for your lawsuit and what relief is desired. The Federal Rules of Civil Procedure, in Rules 8, 10 and 11, and the Local Rules of the Middle District of North Carolina, particularly Rule 7.1 provide specific guidance. The Local Rules are available on the Court's website. The Federal Rules of Civil Procedure are available on various public websites, including the Court's.

The district provides sample and blank forms with printed versions of this guide and on our website. You are not required to use these forms but may find them helpful.

You are encouraged to type your documents, but if handwritten, they must be legible and able to be scanned electronically.

Court staff will fill in a case number after you file your complaint. You should include this case number on all subsequent documents you file.

You may file your documents by delivering or mailing them to the Clerk's Office at the address found in this packet. If you provide an additional copy and a self-addressed stamped envelope with your mailed original and copy for the defendant, we will return a file stamped copy to you for your records. You may also open a PACER (Public Access to Court Electronic Records) account (www.pacer.gov) on your computer or use the public terminal located in the Clerk's Office to check on the status of your filings.

You may not file any documents by facsimile, e-mail or electronically without approval of the Court. Once the Clerk's Office receives your documents, they will be scanned and entered into the case management and electronic filing system.

If you submit the necessary forms, a case will be opened by the Clerk's Office on the electronic case system. A case number and a judge will be assigned. Your case will be sent to the assigned judge for review. Only after the assigned judge has reviewed the case, determined that all the required forms have been submitted, and found the case to have a legal and factual basis will the case be allowed to proceed and summons(es) be issued.

4

## H.    Sections in the Pro Se Civil Complaint Form

### 1.    Case Caption

This is the heading of the case where you list the names of the party (your name) filing the case (known as plaintiff), the names of all the persons or companies who you are suing (defendant), and the title U.S. District Court for the Middle District of North Carolina. It is important that you initially name all parties to the action, adding parties later can be a complicated process.

### 2.    Jurisdiction

You must state why you are bringing this action in federal court and not another court, such as a North Carolina state court. The Middle District must have jurisdiction of over both the subject matter of the controversy and the person or entities involved. A federal court is authorized to only hear disputes that fall into the following categories:

a) Questions involving the United States Constitution;
b) Questions arising under federal law (as opposed to state law);
c) Disputes where the United States is a party; and
d) Disputes between residents of different states (known as diversity of citizenship) where the amount in controversy is more than $75,000.

### 3.    Parties

As the person who is initiating the suit, you must be listed as the plaintiff. You must list both the names and addresses of all defendants in your case. You may not use "et al" to describe additional defendants.

### 4.    Previous Lawsuits

If you have filed a lawsuit in any federal or state court that deals with the same facts that are involved in this action you should respond to the question at the bottom of the form regarding any administrative action you may have taken.

### 5.    Statement of Claim

You must clearly state the <u>basis</u> of and the <u>facts</u> of your claim against <u>each</u> of defendant. Names, locations, dates and events should be described accurately and briefly. You should explain to the Court what happened by specifically describing the defendant's actions. You must be specific about (i) the particulars of the event, and (ii) each defendant's misconduct. Where your complaint includes more than one incident, you should clearly distinguish between them. You are not required to cite other cases or to make legal arguments. Number and set forth each separate claim in a separate paragraph.

5

**6.**     **Request for Relief**

Describe for the Court the result or relief you seek from your lawsuit. The relief must be related specifically to the injury or loss you have suffered.

**7.**     **Jury Demand:**

If you are requesting a jury trial, mark the appropriate box.

**8.**     **Signature/Date/Address/Telephone Number**

The complaint must be signed with the original signature and dated by the plaintiff, who must be the party actually filing the suit. Photocopies of signatures, electronic signature (/s/), and signature stamps are not allowed by pro se parties. You must also include your mailing address, e-mail address, and phone number.

## I.     Declaration under Penalty of Perjury

When you sign and file your complaint, you are making a declaration under law to the Court that everything in your complaint is true. Frivolous lawsuits, lawsuits without merit, or lawsuits containing false or misleading information may be dismissed or sanctions may be imposed against you. Sanctions may include dismissing your case, assessing fines, assessing attorney costs for the opposing party, or limiting your filing privileges in federal court.

**Warning:** If you intentionally make false statements in a document you file with the Clerk, you may be charged with criminal lying, or perjury, an offense with potentially serious consequences.

## J.     Protection of Personal Identifying Information

Federal Rule of Civil Procedure 5.2 restricts the inclusion of certain personal information, unless otherwise ordered by the Court. Filers often reference medical records, employment history, EEOC documentation, and financial information in the documents they submit. It is important that you carefully review these types of records to make sure that the following personal data information has been excluded or redacted (i.e. blacked out).

1. SOCIAL SECURITY NUMBERS AND TAXPAYER IDENTIFICATION NUMBERS. If an individual's social security number or taxpayer identification number must be included in a document, only the last four digits of that number shall be used. (Example: XXX-XX-9999).

2. NAMES OF MINOR CHILDREN. Reference to the name of a minor child should only be made using the initials of the child. This includes using the minor's name in the case caption. (Example: John G. Smith should be stated as J.G.S.).

6

3. FINANCIAL ACCOUNT NUMBERS. If financial account numbers are relevant in the complaint, only use the last four digits of an account numbers. (Example: XXXXXXXX9999).

For more information on privacy protection for filings made with the court, please refer to Rule 5.2 of the Federal Rules of Civil Procedure.

**WARNING:** It is your personal responsibility to exclude or redact all protected personal information. Do not rely on the Clerk's Office to do so.

## K.    Payment of Fees

Effective May 1, 2013, the cost for filing a federal lawsuit is $400.00. If paying by check or money order, the payee should be the "Clerk, U.S. District Court." Credit card payments are only accepted in person at the Clerk's Office in Greensboro, North Carolina.

## L.    Request for Waiver of Filing Costs

If you are unable to pay the filing fee, you may file an Application to Proceed without Prepayment of Fees and Affidavit. This form is also referred to as an Application to Proceed In Forma Pauperis or an IFP application. An Application for Leave to Proceed In Forma Pauperis and Affidavit/Declaration in Support is available on the Court's website. Here is a link to the form: IFP Application

If you file an IFP application with your complaint, you will not be required to pay the filing fee at that time. You will receive an order informing you of the Court's decision on your application. If your IFP is denied, the Court will provide you with a deadline to pay your filing fee and you will be required to pay the filing fee in full before being allowed to proceed with your lawsuit.

When completing this form, it is important that you answer **all** questions relating to your income, assets and liabilities (i.e. bills). You must fill in all sections, including dollar amounts. If you fail to provide complete and accurate information, your request may be denied. If, during the course of the lawsuit, the Court discovers the Application was not truthful, complete, or, if your financial position changes, the Court may withdraw the permission to proceed IFP and require payment. The Clerk's Office will not issue a summons until the Court has screened the complaint under 28 U.S.C. §1915 (e)(2) and ruled on the Application to proceed *In Forma Pauperis.*

## M.    Civil Cover Sheet

The plaintiff is required to file a Civil Cover Sheet (JS 044) with the complaint that provides general, statistical information about your case. Below are the sections that will need to be completed.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Jon'ta Tomorrean Hampton-Bey, Cabbarus County | Insert Person or Company you are suing and county of residence |

**(b)** County of Residence of First Listed Plaintiff  Cabbarus County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

| II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)* | | III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* *(For Diversity Cases Only)* *and One Box for Defendant)* |
|---|---|---|

| II. BASIS OF JURISDICTION | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## Instructions

1. **Plaintiffs** – Fill in your name as the plaintiff and the county where you reside.
2. **Defendants** – Fill out the names of the defendant(s) and county where they reside.
3. **Basis of Jurisdiction** – Mark the appropriate basis of jurisdiction that allows your case to be filed in federal court.

Foreign Country

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| (Excludes Veterans) | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |
|---|---|---|---|---|---|---|

## Instructions

1. **Nature of Suit** – Although there may be more than one nature of suit category that could describe your case, choose one nature of suit that best fits your case.
2. **Origin** – Select the origin of your case. A new case filed in this court is an original proceeding. If the case is being removed from state court to federal court, has been remanded, transferred or reinstated from another court, then chose the appropriate box instead of original proceeding.

| V. ORIGIN *(Place an "X" in One Box Only)* | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 18 U.S.C. 241-242, Free exercise violations, Freedom of movement right to Travel violations |
|---|---|
| | Brief description of cause: Hidden exposed recurring violations in regard to moot matters as determined by a federal court of competent jurisdiction. |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ 75,000.00 | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions)* | (1). Other, (2). WALLACE W DIXON, (3). In re: Jon'ta Tomorreea Hampton-Bey, and (4). LOUISE |
|---|---|---|
| | JUDGE FLANAGAN * | DOCKET NUMBER |

| DATE 12.31.2018 | SIGNATURE OF ATTORNEY OF RECORD In Propria Persona: Jon'ta Tomorreea Hampton-Bey |
|---|---|

FOR OFFICE USE ONLY

## Instructions

1. **Cause of Action** –Cite the statute under which you are bringing your case to federal court and give a brief description of the cause.
2. **Jury Demand** –Mark Yes or No if you are requesting a jury trial.
3. **Date and Signature** – You must date and sign with your original signature

**N.**   How to Notify the Party You are Suing: Use of a Summons

After filing your complaint, you must notify the defendant in your case of the action you have filed against them by serving a notice of the lawsuit and a copy of the complaint you filed. The document that provides that notice is called a summons (Form AO 440). A summons form is available in this packet and on the Court's web site. You must prepare a separate summons for each named defendant in your case, plus two copies. Rule 4 of the Federal Rules of Civil Procedure explains the steps and time limits for securing proper service.

The summons is directed to the defendant and contains the name of the Court and the parties and lists your name and address as the self-represented plaintiff. It also includes the number of days within which the defendant must respond to your complaint and the consequences if the defendant does not timely respond. Federal Rule of Civil Procedure 12 details the times for responsive pleadings to be filed.

After you complete the summons form from the Clerk's Office and pay or receive permission to have the filing fee waived, the Clerk's Office will sign, stamp and issue the summons for service on the defendant.

## 0.    Filling Out a Summons: Helpful Hints

Illustrated below is an example of a completed summons (Form <u>AO 440</u>).  For each case that is filed with our Court, the plaintiff is responsible for properly completing all summons information.  You must fill out one summons for **each** defendant you have listed in your complaint.

### 1.    Essential sections to fill out

a) Case Caption;
b) Case Number;
c) Defendant's Name and Address;
d) Proof of Service (page two of summons form, Form <u>AO 440</u>).

### 2.    Important Notes

a) Each defendant named in the complaint must receive a summons.
b) Please refer to <u>FRCP4</u> for information on how to make service. There are specific requirements for serving individuals, corporations and government agencies, or contact an attorney for information on how to make service.

**Note:**  If the Defendant is a company that does business in this state, one of the easiest ways to serve a business is through the use of its registered agent.  The registered agent is a person or company with a North Carolina address who is authorized to accept service on behalf of the company.  You can identify a registered agent for a company by contacting the office of the North Carolina Secretary of State and searching on-line at <u>www.secretary.state.nc.us</u> for business filings or calling 919.807.2225.  If you are suing the U.S. Government, Rule 4 of the Federal Rules of Civil Procedure will include a list of the parties who you should serve.

## POLICE POWER

The confusion of the police power with the power of taxation usually arises in cases where the police power has affixed a penalty to a certain act, or where it requires licenses to be obtained and a certain sum be paid for certain occupations. The power of taxation since an attempt to levy a tax upon a Right would be open to Constitutional objection.
(See "taxing power, " infra.)

Each law relating to the use of police power must ask three questions:

1. Is there threatened danger?

2. Does a regulation involve a Constitutional Right?

3. Is this regulation reasonable?

People vs. Smith,  108 Am.St.Rep. 715

# SUMMONS – EXAMPLE FORM AO 440

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

| YOUR NAME | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   CLERK'S OFFICE ISSUES THIS |
| PERSON OR BUSINESS YOU ARE SUING | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

**Instructions:** In the case caption section, you must enter out your name on the Plaintiff line, the Defendant's name(s) on the Defendant line, the location where you are filing the case; in this instance, the Middle District of North Carolina. The Clerk's Office will assign a case number to your lawsuit.

## UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

11

**Instructions**: In the circled section above, you must enter the name and address of the defendant you are serving with this summons.



**Instructions**: In the section highlighted above, you will enter your name and address showing where the defendant's answer or a motion under Rule 12 is to be served on you as the plaintiff. It also notifies the defendant of the response requirement, the timeframe and consequences for failure to respond.

## P.  Serving the Summons and Complaint: Service of Process

The plaintiff is responsible for ensuring that the summons and complaint are served on the defendant **within 90 days** of the filing of the complaint. This is called Service of Process. Detailed instruction on how to actually serve, or deliver the summons, can be found in Rule 4 of the Federal Rule of Civil Procedure. You should carefully review the rule to make sure that you are familiar with those requirements.

### 1.  If you have paid your filing fee you must serve the defendant

A deputy clerk will sign, stamp and issue an original summons and one copy for each defendant. The original summons will be returned to you for service along with a copy of the complaint. You are responsible for making additional copies of the summons and complaint for service. You must serve the summons and a copy of the complaint on the defendants. It is your responsibility to serve each defendant properly. Improper service may result in the dismissal of your case. You may not serve the summons yourself. The service of process requirement can be satisfied in a number of ways. Please consult Rule 4 of the Federal Rule of Civil Procedure for instructions: You may arrange on your own to have the U.S. Marshal

Service serve the defendant on your behalf. The Marshal Service will charge you a fee to do so. Contact the U.S. Marshal Service for additional information at 336.332.8700.

### 2. If the court grants your IFP application, you must prepare the summons

The Court will enter an order directing you to fill out and submit proper forms for each defendant to the Clerk. You are responsible to provide complete and accurate information and the required number of copies. A deputy clerk will issue the summons that you prepared and submitted. The Court usually will direct the U.S. Marshal to serve the summons and complaint on the defendant.

## Q. Return of Service

### 1. Proof of Service

The person who actually serves the summons and complaint on the defendant must file a document with the Court entitled "Proof of Service". This can be found on page two of the summons form (Form AO 440). The Proof of Service is a statement, made under oath, explaining when and how service on the defendant was made. In the alternative, if service was not made, an explanation as to why it was not served must be provided.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Insert case number here

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* See instruction a) below
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)* See instruction b) below
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
See instruction c) below , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* See instruction d) below , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because See instruction e) below ; or

☐ Other *(specify):* See instruction f) below

13

# Instructions for filing out Proof of Service

a) Insert the name of the defendant and the date you, the plaintiff, received the summons from the court;
b) Insert the defendant's address and the date the complaint and summons were delivered; or
c) Insert name of person that received the complaint and summons and the date; or
d) Insert the name of person who received the complaint and summons and the name of the company you are suing and the date; or
e) Insert the reason the complaint and summons were not delivered to the defendant;
f) List any other important information, such as how many times service was attempted on the defendant.

## 2.    Affidavit of Service

The person who services the summons on a defendant may prefer to prepare and file an affidavit instead of filling out the proof of service on the second page of the Form AO 440. The affidavit must include:

a)    Name of defendant, and date the person serving the summons received the summons;
b)    Address where the summons was personally served;
c)    Name of person summons was left with and date mailed to individuals' last known address;
d)    Name of registered agent and company's name;
e)    Reason summons was returned unexecuted;
f)    Any other pertinent information, such as how many times service was attempted;
g)    Fee information as to how much it cost to serve the Defendant.

## R.    Waiver of Service

As an alternative to serving the defendant, you can request the defendant to accept service under Rule 4(d) of the Federal Rules of Civil Procedure by sending a copy of the complaint, a Notice of Lawsuit (Form AO 398), Request to Waive Service of a Summons (Form AO 399), and a Waiver of Service of Summons to each defendant. Both the Notice and Waiver forms can be found on the court's website. The United States and some other parties cannot waive service. Please consult Rule 4(d) of the Federal Rules of Civil Procedure for the complete list of requirements regarding waiver of service.

## S.    Checklist for Proper Summons Process

Listed below are questions to assist filers in reviewing some elements of the summons process. These questions and answers address the most common errors. This is not a

14

complete list of requirements. You should consult legal reference materials or an attorney for advice.

1. **Before a summons has been issued**

   a) Have you prepared a separate summons for each defendant?
   b) Have you checked the addresses to make sure they are correct?
      Note: if you don't have the correct address, the summons may not be able to be served and your case will not proceed.
   c) Have you listed the name and address of the person serving the summons?
   d) If you are suing a company, have you checked with the North Carolina Secretary of State's Office for the name and address of the company's registered agent?
   e) Has the summons you are sending been issued by the Clerk's Office?
      (i.e. was it stamped with court seal, signed by a Deputy Clerk and returned to you or the designated process server, to be served?)
   f) If you are suing the U.S. Government or an agency, have you prepared three duplicate originals of the summons and the complaint?

2. **After a summons has been issued**

   a) Has the Proof of Service or Affidavit of Service been accurately and completely filled out and returned by the person who made service?
   b) Have you used a permissible form of service?
      (see FRCP4)
   c) Has service been perfected within required deadlines?
      See Rule 4(m) of the Federal Rules of Civil Procedure.

**T.** **Pro Se (Non Prisoner) Authorization Form to Receive Documents Electronically**

(Found on the next page).

See, Book No. 12553, Page No. 0252 THRU 0268, Instrument No. 16169 of the state of North Carolina Republic Register of Deeds Office. Certification Statement of Legal Document attached as Exhibit A

15

**U.**  **Frequently Asked Questions for Pro Se Filing**

**1.**  **What is the cost of filing a civil case?**

The fee for filing a complaint and opening a civil case is $400.00. This may be paid by cash, check, or money order. If you pay by credit card, you must do so in person.

**2.**  **What if I can't afford to pay due to my financial status?**

You may file a motion and the court may enter an order allowing you to proceed without payment of the filing fee. The specific order will instruct you on how to proceed. If you are unable to pay the filing fee, you may apply for permission to precede In Forma Pauperis. Information on filing In Forma Pauperis is located in this packet. Completed applications are filed and reviewed by the Magistrate Judge. Waiver of the filing fee by the Court does not automatically waive all other costs associated with pursuing your case (i.e. document copies, etc.).

**3.**  **Do I need to file a Civil Cover Sheet?**

Yes, one copy must be signed, dated, and then filed.

**4.**  **How many copies of the complaint do I need to file?**

You must file an original for the court, one for each defendant and a copy for your file. If you would like a copy of your filed stamp complaint returned to you, you must include a self-addressed stamped envelope with your mailing.

**5.**  **How many copies of the each summons do I need to file?**

You must file three copies for each defendant: one for the court, one to serve with the complaint and a copy for your records. Generally, if you are suing the United States Government, you must serve an original summons and a copy of the complaint on three separate parties:

      a) the head of the federal agency you are suing
      b) the United States Attorney for the district
      c) the United States Attorney General in Washington, D.C

**6.**  **How long does the defendant have to respond?**

The time to respond runs from the date of service, not the date the complaint was filed or the summons was issued

**7.**  **How do you obtain information about the status or progress of your case?**

      a)      The Clerk's Office maintains an automated record or case docket for

every case. This docket is a chronological summary of all significant events in the history of the case. For example, each time you file a pleading or appear for a hearing, an entry summarizing the event is added to the case docket.

You may review the docket on the public access terminal located in the Clerk's office, or if you have a personal computer with access to the internet you can review your case docket using a program called PACER (Public Access to Court Electronic Records) at www.pacer.gov. Use of the public access terminal is free and our printing fee is $.10 per page. PACER
charges a fee for research and a separate fee for printing. Paper copies of any documents can also be ordered by mail when accompanied by the copy fee payment.

b)     Clerk's staff is prohibited from providing legal advice as they are not attorneys. Court staff cannot interpret or advise you on a Judge's decision, on the length of time it will take for an order to be entered on an outstanding motion, or when your case will be resolved.

**8.     Is it possible for you to speak directly to a judge about your case?**

As a party in a case, you are prohibited from all private or ex parte communication with the judge. Ex parte communication occurs when one of the parties to a lawsuit exchanges information with the assigned judge (1) without the opposing party being present or (2) without the knowledge and consent of the opposing party. With few exceptions, because of this prohibition, a judge will decline to speak or otherwise communicate with any party to a case.

**9.     If you plan to represent yourself, where can you go to review this Court's Rules of Procedure and applicable Federal Laws?**

a)     As a pro se party, you should be familiar with the appropriate sets of federal rules of procedure. These rules set forth the general procedural requirements for processing cases in all federal courts. As a pro se litigant in a civil case, you should be familiar with the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Federal laws are located in
the United States Code with is abbreviated as "U.S.C."(See on Page 3 of this Guide for website addresses and hyperlinks to those addresses).

b)     As a pro se party, you should also be familiar with the Local Rules of Civil Procedure for the Middle District of North Carolina, also listed on Page 3.

c)     Our website, www.ncmd.uscourts.gov, has links to the Local Rules of Civil Procedure for the Middle District as well as to the Federal Rules of Civil Procedure. If you do not have access to a personal computer you can go to any local library, law library or come to the Clerk's Office and use the public terminals.

**10.    What documents do I need to file initially?**

a)      An original of the complaint, and copies for each defendant, the Court, and a copy for your file.

b)      The $400.00 filing fee or the Application to Proceed in Forma Pauperis form;

c)      Three copies of each summons: one for the court, one to serve with the complaint and one for your record.

d)      A civil cover sheet.

**11.     What court fees and costs are you required to pay?**

The fee for filing a complaint and opening a civil case is $400.00. This may be paid by cash, check, or money order. If you pay by credit card, you must do so in person. A list of other fees charged by the court for various services and materials are located on our website: http://www.ncmd.uscourts.gov/?q=court-fees.

**12.     How do you submit other documents to the Court?**

a)      Filing and serving the complaint is the first step in a lawsuit. After your case has been opened, if you want the Court to take a specific action you must file a document referred as a motion or pleading. All motions or pleadings must be in writing and comply with the Federal Rules of Civil Procedure and Local Rules. Most motions must be accompanied by a written memorandum supporting the motion. In addition, an affidavit or declaration may be required.

b)      The Court requires pro se parties to submit or file an original of each pleading with the Clerk of Court. Clerk's staff will file stamp, scan the document, and electronically file the document on the court's electronic case docket. Pro se parties may file pleadings with the court in person or by mail. You should submit the original, one copy for the Court and a copy for each defendant in the case. When you file a document you also must mail a copy of the pleading to the defendant or defendant's attorney who has made an appearance. For each pleading you must file a Certificate of Service.