FILED
CABARRUS COUNTY NC
WAYNE NIXON
REGISTER OF DEEDS

| | |
|---|---|
| FILED | Jun 26, 2017 |
| AT | 04:10 pm |
| BOOK | 12553 |
| START PAGE | 0252 |
| END PAGE | 0268 |
| INSTRUMENT # | 16169 |
| EXCISE TAX | $0.00 |

MWN

# COVER SHEET

SCANNED AND RETURNED

TYPE OF DOCUMENT: Legal Notice to all Counties and officials of the state of North Carolina

GRANTOR: See Exhibit 1: Moorish Science Temple of America

GRANTEE: See Exhibit 1: Moorish Americans Jon'ta Hampton-Bey and Kenny Talley-El, et al.

PREPARED BY: ~~Jon'tA~~ JHB Jon'ta Hampton-Bey and Kenny Hasson Talley-el

MAIL TO & ADDRESS: ______________________

______________________

______________________

REGISTER OF DEEDS · CABARRUS COUNTY SEAL 1792 · NORTH CAROLINA · WAYNE NIXON

17pp

Exhibit A

Exhibit A

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North America

Letter of Credit

**December 10, 2015**

**To: ACE CASH EXPRESS, ET AL**
Ref # 5268212655

Moorish Science Temple of America
v.
JP Morgan, CHASE BANK NA, et al.

Bond Case No.: 14-1935
Torts to Land
*Whereas: the Moorish Science Temple of America hereby grants its letter of credit to Sheik Rasull Abdul Sufi, trustee to apply unlimited credit to whatever cause in the interest of the said account of the Debtor's as promise to pay to the order of holder in the amount of said negotiable instrument(s) as set forth in Exhibit G of Case No. 5:15-cv-144 | File Number 2670086-7 (incorporated herein), as filed and properly recorded with the office of the clerk for the United States District Court for the Western District of North Carolina.*
*By: Order of the Secured Party Creditor*

[signature] 6/26/2017
*Moorish Science Temple of America (1928)*

**JOHN S EURY**
NOTARY PUBLIC
CABARRUS COUNTY
STATE OF NORTH CAROLINA

United Nations Declaration on the Rights of Indigenous Peoples ... Individual's signature: [signature] | Date: 6/26/2017
The individual's Right to Travel is a universal ... federal law ... Affidavit

REGISTER OF DEEDS
CABARRUS COUNTY SEAL
1792
NORTH CAROLINA
WAYNE NIXON
CABARRUS COUNTY, NC

 

Exhibit I

# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
## Aboriginal and Indigenous Natural Peoples of North America

## Notice: Affidavit of Beneficiary Status Moorish Americans
Vast Estate Express Trust Noble Drew Ali-The Moorish Science Temple of America 1928

***May 4th, 2017***

**Grantors: Moorish Science Temple of America Doc. # 10105905 Book 521 Page 579 August 1, 1928 @ 2:52 P. M. (Pursuant to the Religious Corporation Act of 1872), Resolution No. 75, Chapter 47 of The Holy Koran for The Moorish Science Temple of America, Treaty of Peace and Friendship between Morocco and The United States of America (1787) and Sundry Free Moors Act of 1790 and legal tender / currency of any kind as described by the Uniform Commercial Code to be used as negotiable instruments in accordance with UCC 1-103**

**Grantees: Moorish Americans and or Moorish American ie., Bey, El and or Ali added as a suffix to *the former last name and to the persons and property of the individual(s), their inhabitations and journey***

**To all whom these presence shall come, notice to principal is notice to agent and the like notice to agent is notice to principal**

**Whereas, the names Bey, El or Ali are tribal names of the Moorish Science Temple of America**

Wherefore, hereinafter in connection with the attached letter of credit Exhibit A and Instrument # 2017079075 Exhibit B et seq. pursuant to the Sundry Free Moors Act of 1790 and Instrument # 16415, recorded in Book # 10563, Page # 0129-0143 pursuant to Instrument # 12867, recorded in Book # 10007, Page # 0077-0082:

REGISTER OF DEEDS
CABARRUS COUNTY SEAL 1792 NORTH CAROLINA
WAYNE NIXON
CABARRUS COUNTY, NC

Whereas all recorded Moors have the Supreme right protected by the universal law to adhere to the culture of their choice as indigenous peoples and to practice and uphold their religious tenents without any interference of any kind by the State, et al.

Whereas the Moorish American people are the true hairs of the Land where The United States has been incorporated. (28 USC 1746) affirmation 28 USC 3002, subsection 15a

Whereas the Moorish American society holding said credentials have the Constitutional right to travel freely upon the public hyws and roads, etc. Exhibit C, et seq.

JOHN S EURY
NOTARY PUBLIC
CABARRUS COUNTY
STATE OF NORTH CAROLINA

United Nations Declaration on the Rights of In[illegible] Individual's signature: [signature] Date: 6/26/17
The individual's Right to Travel is a universal right [illegible] Collateral: Affidavit [illegible]

[illegible]

[illegible] CAROLINA
[illegible] COUNTY

[illegible] certify this to be a true copy of the attached document filed [illegible] the aforesaid county as evidenced in Book No. _10007_ beg[illegible] No. _77_ and ends with Page No. _82_.

[illegible] my hand and seal this the _16th_ day of _May_2017_.

WAYNE NIXON, REGISTER OF DEEDS

By: [signature]
J. Williamson, Deputy Register of Deeds



# G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

Cabarrus County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

Jon'ta Hampton-Bey / Kenny Talley-El
*Name(s) of principal(s)*

Date: 6.26.2017

JOHN S EURY
NOTARY PUBLIC
CABARRUS COUNTY
STATE OF NORTH CAROLINA
(Official Seal)

John S. Eury
*Official Signature of Notary*

John S. Eury, Notary Public
*Notary's printed or typed name*

My commission expires: December 28, 2019



Exhibit B

# CERTIFIED COPY

FREDRICK SMITH, REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
720 E. FOURTH STREET
CHARLOTTE, NC 28202
(704)336-2443

*****************************************************************************

State of North Carolina, County of Mecklenburg

I hereby certify that this is a true and accurate copy of the document which appears on record in the Office of the Register of Deeds of Mecklenburg County, North Carolina as Instrument Number 2017079275 in Book Number 31883 Page Number 767 and ending with Page Number 796.

Witness my hand and seal this the 15th day of June, 2017.

FREDRICK SMITH, REGISTER OF DEEDS

By April Jones
Deputy Register of Deeds

REGISTER OF DEEDS
CABARRUS COUNTY SEAL 1792
NORTH CAROLINA
WAYNE NIXON
CABARRUS COUNTY, NC

(SEAL)

*****************************************************************************

**THIS CERTIFICATION SHEET IS A PART OF THE DOCUMENT**

B31883- P482

1324117012

Doc#: 1324117012 Fee: $52.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 08/29/2013 09:35 AM Pg: 1 of 8

When Recorded Return to:
Leisa El-Shabazz El
National Administrator
Moorish Science Temple of America
3304-D Trent Street
Greensboro, North Carolina 27405

Drafted By:
Sheik Martin El
Moorish Science Temple of America
3304-D Trent Street
Greensboro, North Carolina 27405

8 TCY
p14
Shabazz

2013060041
GUILFORD CO, NC FEE $26.00
PRESENTED & RECORDED:
09-03-2013 04:11:23 PM
JEFF L. THIGPEN
REGISTER OF DEEDS
BY: TAMMY C. SMITH
DEPUTY-GB
BK: R 7527
PG: 2542-2549

RESOLUTION TO MAKE AN AMENDMENT TO:
DOCUMENT #10105905
BOOK 521 PAGE 579
AUGUST 1, 1928 @ 2:52 P.M.

WHEREAS MOORISH AMERICANS ARE, TRUST CORPUS OF THE HOLY PROPHET NOBLE DREW ALI
1928 VAST ESTATE EXPRESS TRUST.
WHEREAS, MOORISH AMERICANS, ARE THE FIDUCIARIES, TRUSTEES AND BENEFICIARIES OF ALL SAID TRUST PROPERTY.
WHEREAS, WE ARE THE DIVINE TRUSTEES FOR THE AFFAIRS HOLY PROPHET NOBLE DREW ALI

APPROVED BY: SHEIK KENNY ALVIN MARTIN EL

TORRENS REGISTRATION

Exhibit 1: Resolution
Exhibit 2: Resolution 1099-143305252013
Exhibit 3: Council of Commerce Notice of Operation
Exhibit 4: Cook County Recording 10105905, Bk 521, Pg 579

S Y
P 8
S N
M N
SC Y
E Y
INT PM

B31883 - P989

Exhibit 2

RESOLUTION 1099-143305252013

Whereas, the 1099 Affidavit, filed by Drew Ali on August 1, 1928 at 2:52 pm, in the Cook County Recorder of Deeds office, Document number 10105905, Book 521, Page 579 will serve as the Delegation of Authority Order under which the Moorish Science Temple of America shall conduct its business.

Whereas, a Delegation of Authority is an instrument whose source is a sovereign authority in the nature of a grant either to the whole nation or to a class or portion of that nation.

Whereas, we are a Jural society.

*Whereas, we execute Jura Summi Imperii and Jura Regia.*

Whereas, we invoke the Jura Sanguinis Nullo Jure Civili Drimi Possunt.

Whereas, the Divine Constitution and Bylaws along with the Articles of Association, the Articles of Confederation, and the Constitution for the United States of America shall be the building blocks for the body politic of the Moorish Science Temple of America.

Whereas, the books: 101 Questions for Moorish Children, The Circle 7, the Adept Chamber books, and the Moorish Science Temple Divine Constitution and Bylaws are the literary foundations for the ecclesiastical body of the Moorish Science Temple of America.

Whereas, the Supreme Council and Grand Body will legislate law regarding the Moorish Science Temple of America. These laws will be communicated to foreign authorities, to insure that our operations are acknowledged, accepted, and protected through the normal course of international law.

Whereas, the Supreme Council and Grand Body of the Moorish Science Temple of America convened and resolved that the following will be resolved as law for the Moorish Science Temple of America:

REGISTER OF DEEDS CABARRUS COUNTY NORTH CAROLINA

Whereas, all recorded Moors shall have prerogative of jurisdiction in all matters including nationality, title, status, claim, right, interest, and in the nature of any matter civil, criminal, commercial, or otherwise involving a Moor. Furthermore, the Department of Vital Statistics in each state in which a recorded Moor was born, shall transfer and convey, as Title, the Domicile, of Origin back to Moorish Empire, of which their domination authority and inhabitation protracted from between 3 degrees north-east of present day Mogadishu and 22 degrees North Latitude at Yemen(Moab), 5 degrees

B31883 - P790

Exhibit 1

State of Illinois,)
) ss.
County of Cook )

I, Sheik Kenny Alvin Martin El, do solemnly affirm that the following persons, Sheikess Leisa El-Shabazz El, Sheik Muhaymin Al-matin Bey,Sheik Chaz Uriel Bey,Sheik Terry Stubblefield Bey, and Sheik Kenny Alvin Martin El were appointed officers with powers and duties similar with trustees of the Moorish Science Temple of America, a body politic and an ecclesiastical government according to the usages or customs (rule, regulations, articles of association, constitution, by-laws, or canons, as the case may be) by the council, Moorish Science Temple of America Grand Body under and by virtue of sections *46a, 46b, 46c, 46d, 46e, 46f, 46g, 46h,* and *46i* of "An act concerning corporations," approved April 18, 1872, and the Moorish Science Temple of America, adopted as the corporate name Moorish Science Temple of America.

..................................

Sheikess Leisa El-Shabazz El
National Administrator/Executrix

Sheik Kenny Alvin Martin El
Trustee Executor

Moorish Science Temple of America Est. 1928 Moorish Consulate Post

State of North Carolina)
) ss.
County of Guilford )

Subscribed and sworn to before me on the 30th day of July, 2013.

MARK D CUMMINGS
Notary Public
Guilford County
North Carolina
My Commission Expires May 19, 2016



B31883 - P791

West of Sabaea, 12 degrees East of the Kingdom a Axum to 42 degrees East Longitude 2,982 Miles longitude. Latitude, and South-Africa 12 degrees East Longitude,South West of Moab at Luanda(Angola). Just below the Congo, Across the Great Atlantis, even unto the Present North, Farthest West, top of America 72 degrees North Latitude-4,940 miles; 150 degrees west longitude - 21 miles, above the equator from Moab- 3,160 miles - and Central or Meso America including Mexico and the Atlantis Islands at 19 degrees North Latitude - 1,330 miles; 122 degrees west longitude - 74 miles near to the equator from Moab - 9,028 miles - South America at 52 degrees south latitude - 3,640 miles; 78 degrees south west longitude - 41 miles below the equator from Moab, for a Geological Span of over 15,376 miles, equivalent to 236,421,376 square miles. More than three quarters of the Earth. with the individual party of interest and Habitation back to the Moorish Science Temple of America.

Heretofore, a recorded Moor is one who has filed a declaration of nationality, in its various forms, with the Cook County Recorder of Deeds in Chicago, Illinois, and has received a document number for that filing. In addition, the document number will be used as a tax non-obligation number either in the singular form for individual parties or the collective form for families who have filed one document severally. All recorded Moors, shall have full entitlements to all titles, status, claim, right, and interest in the Moorish Science Temple of America.

Whereas, the District of Columbia and the Congress of the United States, under the United States Code, Title 28, Section 3002, subsection 15a, will not have any undue influence upon the Jural society of the Moorish people.

Whereas, all titles of nobility, namely El, Bey, and Ali, shall be recognized by international law.

Whereas, The Flag of The Moorish Science Temple is, and shall remain, the Red Canopy and the Green Star--the Mother of Flags and evidence and declaration of our Natural Descent to this land, The Moroccan Empire.

Whereas, The Bureau of Moorish Affairs will oversee the operations of all councils currently listed, as well as those that may be established, dissolved, or amended in the future. Only authorized liaisons within The Bureau of Moorish Affairs will deal directly with the central governments of foreign nations, including The United States of America, or authorized liaisons appropriated by such governments. Credentials of ventures sanctioned to operate under the authority of the following councils, shall be furnished within 15 business days of the request by an agent of an authorized liaison appropriated by a foreign nation, including The United States of America, and its instrumentalities. (Business days do not include Fridays, as this day is a holy day within the Moorish Science Temple of America.) All inquiries about the operations of these Councils, and the ventures operated therein, shall be directed to authorized liaisons within The Bureau of Moorish Affairs.

B3123-P792

1. The Council of Vital Statistics

2. The Council of Nationality and Birthright

3. The Council of Commerce

4. The Council of Law and Justice

5. The Council of Moorish Defense and Character

6. The Council of Consular Affairs

7. The Council of Moorish Education

8. The Council of Private Service

9. The Council of International Affairs

Whereas, the Document 10105905 also known as The Vas Estate of Drew Ali will serve as the instrument by which the Moorish Science Temple of America shall issue credit and discharge debt for recorded Moors throughout the Vas Estate Trust, namely the lands of North, South, and Central America, and the outlying islands.

Whereas, all recorded Moors shall have the right to freely travel unobstructed, unmolested, and unfettered in their various modes of transportation throughout the North, South, and Central Americas.

Whereas, all recorded Moors shall have an unobstructed, unmolested, and unfettered right to bear arms throughout the North, South, and Central Americas.

Whereas, all recorded Moors now imprisoned in penal holding facilities shall have the right to request the aid of a consulate officer of the Moorish Science Temple of America to secure their release from such facilities.

Whereas, if any Moor is forced into a judicial proceeding regarding any statutory violation, the liability charge placed upon the charging offender or offenders, shall be the amount of $1,800.00 per minute which shall be awarded to the defendant *based on the amount of time the defendant* was detained, the amount of travel time spent, and the courtroom time the defendant used in negotiating such matters. Also, the charging offender or offenders shall pay the jurisconsult the amount of $5,000.00 per hour based on the time spent defending the libel. These fees shall be paid on the day of the hearing or trial. Moreover, all bonds and derivatives shall be surrendered to the jurisconsult.

REGISTER OF DEEDS CABARRUS COUNTY NORTH CAROLINA

B31883-P793

Whereas, all United States corporations and instrumentalities are excluded from the ecclesiastical body of the Moorish Science Temple of America and its official operations.

Whereas, this resolution is promulgation for law.

Whereas, we are the people. Islamism.

Sheikess El-Shabazz El
National Administrator/Executrix

Moorish Science Temple of America, Est. 1928, Moorish Consulate Post

Sheik Martin El
Trustee Executor

State of North Carolina)
) ss.
County of Guilford )

Subscribed and sworn to before me on the 30th day of July, 2013.

MARK D CUMMINGS
Notary Public
Guilford County
North Carolina
My Commission Expires May 19, 2016



B31883-P744

Exhibit 3

# Moorish Science Temple of America
## Council of Commerce
### Notice of Operation

The following venture has been sanctioned by the Moorish Science Temple of America's Council of Commerce: (*All information is current as of the date of approval.*)

**Name:** Couponing College
**Function:** Education
**Administrator:** Leisa El-Shabazz El
**Primary place of operation:**

3304-D Trent Street,
Greensboro, North Carolina state

**Employees (including the administrator):** 1
**Venture Number: 1220734113-31202023-01**

This operation of this venture has been approved by:

Sheikess Leisa El-Shabazz El
National Administrator/Executor

July 30, 2013
Date of Approval

Sheik Kenny Alvin Martin El
Trustee Executor

July 30, 2013
Date of Approval

As evidenced by this seal:

Moorish Science Temple of America Est. 1928 Moorish Consulate Post

REGISTER OF DEEDS CABARRUS COUNTY 1792 SEAL NORTH CAROLINA CABARRUS COUNTY, N.C.

State of North Carolina)
)ss.
County of Guilford )

Subscribed and sworn to before me on the 30th day of July, 2013.

MARK D CUMMINGS
Notary Public
Guilford County
North Carolina
My Commission Expires May 19, 2016

B31883-P795

Exhibit 6

10105905

STATE OF ILLINOIS
COOK COUNTY

State of Illinois

I, NOBLE DREW ALI, RECORDER

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE OF AMERICA held at Chicago in the County of Cook and State of Illinois on the 20th day of July A. D. 1928, for that purpose, the following persons were appointed according to the rules and usages of such MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALI, MEALY EL, MALL BEY, LOVETT BEY, AND FOREMAN BEY.

The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali in America. To appoint and consecrate missionaries of the prophet and to establish the

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And at said meeting this affiant acted as Presiding officer.

Subscribed and Sworn to before me this day of 1928

Drew Ali

[illegible]
Notary Public

JEFF L. THIGPEN
Register of Deeds

B31883 - Pmcle

# Guilford County
# Register of Deeds

POST OFFICE BOX 3427 • GREENSBORO, NORTH CAROLINA 27402
Telephone 336-641-7556 • Fax 336-641-5778 • E-Mail JTHIGPE@CO.GUILFORD.NC.US

State of North Carolina, County of Guilford

I certify that this is a true and accurate copy which appears on record in the office of the Register of Deeds of Guilford County, North Carolina in Book 7527 Page 2542-2549.

Witness my hand and seal this 21st day of NOVEMBER 2016.

JEFF L. THIGPEN, REGISTER OF DEEDS

By: *Deborah Light*
DEBORAH LIGHT, ~~ASSISTANT/~~DEPUTY REGISTER OF DEEDS

THIS CERTIFICATION SHEET IS A PART OF THE DOCUMENT.



Exhibit C
Page 1 of 2

```
790 ROWAN                         ICA INQUIRY 01  13CR 053046      FILM:
DISPOSED                          R  S DOB/AGE      CR      FILING DATE: 051813
MAGISTRATE O FTAC:052516          B  M 03191982 DL#: 26157399                NC
HAMPTON,JONTA,TOMORREEA      *              CIT#: C1747507 TRIAL DATE: 052516
1020 CALDWELL ST                          CSLR:        CSLRC:          AM
STATESVILLE       NC  28677  DEF ATTY: WAIVED                 TYP: W    VRA:
CHG/ARRN OFFN: T NO OPERATORS LICENSE                      20-7(A)
COMPLAINANT: ROSS,C                          CPD ISSUED: 051813   SERVED: 051813
OFFN DATE: 051813    ARRN DATE:         MOTIONS DATE:        DISP DATE: 052516
CONT. D: 02 S: 00 C: 00 NR: 00 INT?: N FRM:   RSONCO:     GANG REL:   DV CV: N

PLEA VER MOD     FINE         COSTS     WCC     REST     JUDGE   PAID  TO-BE-PAID
        VD   $            $                $
CONV OFFN:                                                             CAB:
SENT LEN:         -        SENT TYPE:                 CONS F/JGMT:
PROB:                          WITHDRAWN:             APPEALED TO SUPERIOR:
AREA CD:    ACCD: N HWY: OT      V LIC: ZZY4570     TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N     TRP/DIST:     V ST: NC   V TYP: P     APPELLATE:

ARREST DATE:          CHECK DIGIT:         SID:              LID:
NEXT#:                      PF2 - NAME INQUIRY                  ADDL CHARGES: Y
```

The individual has the right to travel as determined by the U.S. Supreme Court in Thompson v. Smith, 154 SE 579, 11 American Jurisprudence, Constitutional Law, Section 329, Page 1135.

Dated: 5.26.17

TRUE COPY
CLERK OF SUPERIOR COURT
ROWAN COUNTY
BY [signature]
Assistant Deputy / Clerk Superior Court



Exhibit C
Page 2 of 2

```
790 ROWAN                                  ICA INQUIRY 02  13CR 053046      FILM:
DISPOSED                                   R  S DOB/AGE       CR      FILING DATE: 051813
MAGISTRATE O FTAC:052516                   B  M 03191982 DL#: 26157399                NC
HAMPTON,JONTA,TOMORREEA        *                      CIT#: C1747507 TRIAL DATE: 052516
1020 CALDWELL ST                               CSLR:          CSLRC:             AM
STATESVILLE       NC  28677  DEF ATTY: WAIVED                           TYP: W     VRA:
CHG/ARRN OFFN: T FICT/ALT TITLE/REG CARD/TAG                     20-111(2)
COMPLAINANT: ROSS,C                            CPD ISSUED: 051813   SERVED: 051813
OFFN DATE: 051813    ARRN DATE:           MOTIONS DATE:              DISP DATE: 052516
CONT. D: 02 S: 00 C: 00 NR: 00 INT?: N FRM:   RSONCO:        GANG REL:    DV CV: N

PLEA VER MOD      FINE         COSTS      WCC      REST      JUDGE    PAID    TO-BE-PAID
         VD   $             $                  $                                    CAB:
CONV OFFN:                                                CONS F/JGMT:
SENT LEN:           -          SENT TYPE:                 APPEALED TO SUPERIOR:
PROB:                               WITHDRAWN:                 TRANS TO SUPERIOR:
AREA CD:     ACCD: N HWY: OT        V LIC: ZZY4570                   APPELLATE:
CDL: N  CMV: N  HAZ: N     TRP/DIST:      V ST: NC   V TYP: P

ARREST DATE:             CHECK DIGIT:           SID:              LID:
NEXT#:                              PF2 - NAME INQUIRY                  ADDL CHARGES:
```


Exhibit B

**NORTH CAROLINA UNIFORM CITATION - DEFENDANT'S COPY**

**STATE OF NORTH CAROLINA** CABARRUS County District Court **Citation No.** 458G752

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

**YOUR COURT DATE AND LOCATION**

| rt Day Of Week | Date | Appear In Court | Court Location | Courtroom | Interpreter |
|---|---|---|---|---|---|
| MONDAY | 02/18/2019 | At 09:00 AM | CONCORD | 0002 | |

**THE STATE OF NORTH CAROLINA VS.**

| Name Of Defendant | Address | City | State | Zip |
|---|---|---|---|---|
| HAMPTON-BEY, JONTA TOMORREEA | 672 FAITH DR SW | CONCORD | NC | 28027 |

| Drivers License No. | State | Source | CDL | Class | Race | Sex | Date Of Birth | Age | Social Security No. |
|---|---|---|---|---|---|---|---|---|---|
| 26157399 | NC | DL | NO | C | BLACK | MALE | 03/19/1982 | 36 | XXX-XX-9137 |

**WHAT YOU ARE CHARGED WITH**

The officer named below has probable cause to believe that on or about SATURDAY, the 29 day of DECEMBER, 2018 at 11:41 PM in the county named above you did unlawfully and willfully OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY WHILE THE DEFENDANT'S DRIVERS LICENSE WAS REVOKED. (G.S. 20-28(A))

and on or about SATURDAY, the 29 day of DECEMBER, 2018 at 11:41 PM in the county named above you did unlawfully and willfully OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY (DISPLAY) (POSSESS) A (REGISTRATION NUMBER PLATE), KNOWING THE SAME TO BE (FICTITIOUS). (G.S. 20-111(2))

**YOUR VEHICLE**

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|
| | | | NO | Passenger (2 or 4-Door Sedan) | CHEVROLET | 2001 | NO |

**OTHER INFORMATION**

| Area | Weather | Visibility | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| Residential | Clear | Clear | Light | NO | A 30 |

| ☐ Injury or Serious Injury / ☐ Passenger(s) Under 18 | SHP Code | On Highway No./Street |
|---|---|---|
| | | OT KERR ST |

| In Vicinity/City Of | At/Near Intersection |
|---|---|
| CONCORD | Crowell Dr NW |

**CHARGING OFFICER INFORMATION**

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| 12/29/2018 | PO R M DORSEY | 3696 | CONCORD POLICE DEPARTMENT | | |

**IMPORTANT NOTICE**

**You must appear in District Court** on the court date, time, and location shown above. If this is a speeding offense, you may be able to dispose of it **online** without appearing in court at **OnlineServices.NCCourts.org**, but if you do not dispose of the offense online prior to your court date, you must appear in court.

1. If you fail to appear and you did not post a cash bond, criminal process may be issued against you and **you may be arrested** for your failure to appear, **your drivers license may be revoked,** and **certain fees** may be assessed **along with** all other costs.

2. If you fail to appear and you did post a cash bond, criminal process may be issued against you and **you may be arrested** for your failure to appear, **certain fees** may be assessed **along with** all other costs, the cash bond will be forfeited and your failure to appear will be treated as a conviction resulting in points against your driving and insurance records or possible license revocation, and the forfeiture of your cash bond will not dispose of the charge(s) against you in court.

3. If you have any questions regarding your legal rights and obligations, consult a licensed attorney.



GEICO Tel: 1-800-841-3000
geico.com

One GEICO Boulevard
Fredericksburg, VA 22412-0003

**Policy Number:** [redacted]-87-90
GEICO Use: 32 A26

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**

Thanks for choosing GEICO
© GEICO

December 23, 2018

JONTA HAMPTON-BEY AND NIKI R JORDAN
672 FAITH DR SW
CONCORD NC 28027

Dear Jonta Hampton-Bey and Niki R Jordan,

Welcome to GEICO! Thank you for trusting us to provide the quality service you and your family deserve. We're here for you 24/7, 365 days a year.

This packet contains several important documents that pertain to your policy. The documents are in the following order:

**Identification (ID) Cards** (Pages 3 - 4) - Please review and retain your Identification (ID) Cards. On the back is the phone number for Customer Service and Claims.

**Billing Statement** (Page 5) - Please review your payment schedule and learn about money saving opportunities through our automatic payment options.

**Declarations Page** (Pages 7 - 8) - Here you will find your coverages, drivers, vehicles and other policy information. Please retain for your records.

**Additional Insurance Documents** (Pages 9 - 52) - Includes additional policy documents.

We value you as our policyholder and look forward to serving your insurance needs for many years to come. For additional insurance services, please review the "Insuring what's important to you" section. If you have any questions, please contact GEICO at **geico.com** or **1-800-841-3000**. We'll be happy to help you!
Sincerely,

O. M. Nicely
Chairman

COVER_LTR

*(over, please)*

370397180 00000144 00000001/00000026 00003148/00005378
*400D2C457363879032013003533*